JAMES E. CASHMAN, Respondent, v. TEACHERS' RETIREMENT BOARD, Appellant.

Argued April 12, 1950; decided May 18, 1950.

*John P. McGrath*, Corporation Counsel (*Michael A. Castaldi, Seymour B. Quel* and *Morris Weissberg* of counsel), for appellant.

*Leonard M. Wallstein, Jr.,* and *Leonard M. Wallstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.